IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| A&E 118 ASSETS, LLC, | ) | |
| | ) | Civil No. 4:22-cv-00251 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF REMOVAL |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| THE INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by its attorney, David L.D. Faith II, Assistant United States Attorney for the Southern District of Iowa, on behalf of the named Defendant, Internal Revenue Service and, pursuant to 28 U.S.C. Sec. 1446(a), respectfully states the following:

1.   Plaintiff has commenced a civil action to quiet title in a parcel of real estate in which the Defendant has an interest, and to permanently extinguish the Defendant's interest in such property.

2.   Copies of the Original Notice and Petition served upon the Defendant is attached hereto as Exhibit "A".

3.   This notice of removal is brought pursuant to 28 U.S.C. Sec. 1444 and Sec. 2410(a)(1) for the reason that Plaintiff is seeking to quiet title to real property on which the United States has or claims a mortgage or other lien.

WHEREFORE, the United States of America, on behalf of the named Defendant, prays that the above-captioned action now pending in the District Court for Polk County, Iowa, case number EQCE087811 be removed to this Court and no further proceedings be had in said action in the District Court for Polk County, Iowa.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: */s/David L.D. Faith II*
David L.D. Faith II
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 E. Court Avenue
Des Moines, Iowa 50309
Telephone: (515) 473-9353
Facsimile: (515) 473-9282
Email: david.faith@usdoj.gov

Attorney for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 4, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following:

Charles P. Augustine

*/s/David L.D. Faith II*
David L.D. Faith II
Assistant U.S. Attorney

## IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

A & E 118 ASSETS, LLC,                )
                                      )       CASE NO. _____
                        Plaintiff;    )
                                      )
THE UNITED STATES OF AMERICA,         )
THE INTERNAL REVENUE SERVICE,         )       ORIGINAL NOTICE
                                      )
                        Defendant.    )

TO THE ABOVE-NAMED DEFENDANTS:

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendants in this action, which petition prays that title to the real estate legally described herein be quieted in the above-named plaintiff. The name and address of the attorney for the plaintiff is Charles P. Augustine, 531 Commercial Street, Ste 250, Waterloo, Iowa 50701. The attorney's phone number is 319-232-3304; facsimile number is 319-232-3639.

You must serve a motion or answer within 20 days of after service of this original notice upon you, and within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Polk County, at the county courthouse in Des Moines, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator (515) 286-3394. (If you are hearing impaired call Relay Iowa TTY (800) 735-2942).

Clerk of Court<br>
Polk County Courthouse<br>
Des Moines, Iowa 50309

**IMPORTANT:** YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS

**Exhibit A**<br>
**1 of 5**

E-FILED  2022 JUL 06 9:11 AM POLK - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

*Case No.*  **EQCE087811**

*County*  **Polk**

*Case Title*  A AND E 118 ASSETS LLC V UNITED STATES OF AMERICA

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **07/06/2022 09:11:09 AM**



*District Clerk of Court or/by Clerk's Designee of*  Polk                    *County*
**/s/ Christy Wagner**

**Exhibit A**
**2 of 5**

E-FILED  2022 JUN 29 8:44 AM POLK - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | | |
|---|---|---|
| A & E 118 ASSETS, LLC, | ) | |
| | ) | CASE NO. _____ |
| Plaintiff; | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | PETITION TO QUIET TITLE |
| THE INTERNAL REVENUE SERVICE, | ) | TO THE REAL ESTATE |
| | ) | |
| Defendants. | ) | |

COMES NOW, the Plaintiff, by and through its undersigned attorney, and in support of this Petition states to the court as follows:

1. Plaintiff is an Iowa limited liability and is the absolute owner in fee simple of real estate locally known as **1126 11ᵗʰ St., Des Moines, Iowa,** and legally described as **Lot 12 in Block 2 in Grass Roots 1, an Official Plat, now included in and forming a part of the City of Des Moines, Polk County, Iowa** (hereinafter the "Real Estate").

2. Plaintiff claims title to the real estate by virtue of one certain tax sale deed executed by the Polk County Treasurer on January 3, 2022, and filed in the office of the Polk County Recorder on January 3, 2022, in Book 18935 Page 342.

3. Following the execution and recording of said tax sale deed, the Plaintiff took possession of the Real Estate and thereafter filed an Affidavit by Tax Title Holder Pursuant to Section 448.15 of the Code of Iowa on January 5, 2022, in Book 18939 Page 36.

4. No claims adverse to the Plaintiff's tax title were filed within 120 days of the filing of said affidavit and any and all claims adverse to said tax title are now barred pursuant to Section 448.16 of the Code of Iowa.

5. The Plaintiff now holds actual, open, notorious, continuous, exclusive, hostile and adverse possession of the Real Estate under claim of right and color of title, and there are no other parties in possession of the Real Estate.

6. The Defendants may claim some right or interest in and to the Real Estate based upon one certain notice of federal tax lien filed in the office of the Polk County Recorder on July 8, 2015, in Book 15648 Page 157.  Said notice of federal tax lien identifies one of the taxpayers thereunder as "J. Carrillo", and title to the Real Estate previously had been held by one certain "Jennifer Carrillo", who may or may not be one and the same person as the J. Carrillo identified in said notice of federal tax lien.

7.    Defendant has been unsuccessful in determining with certainty whether said federal tax lien debtor, J. Carillo, is one and the same person as the Jennifer Carillo who was a prior titleholder to the Real Estate and presently is involved in a pending transaction for the sale and conveyance of the Real Estate and the matter of said federal tax lien remains a cloud on title to the Real Estate.

8.    To the extent that the J. Carillo identified in said notice of federal tax lien was a prior owner of the Real Estate, her interest in the Real Estate has been extinguished and in light of the foregoing, any right or interest claimed by the Defendants in and to the Real Estate is subordinate and inferior to the Plaintiffs right, title and interest in and to the Real Estate, and title to the Real Estate should be quieted in the Plaintiff free and clear of any claim of the Defendants.

WHEREFORE, Plaintiff prays:

A.    That its title and estate in and to the Real Estate be established in Plaintiff against the adverse claims of the Defendants.

B.    That the Defendant sand all persons claiming by, through and under the Defendants be forever barred and estopped from having or claiming to have any right, title or interest in and to the Real Estate adverse to the Plaintiff.

C.    That the Plaintiff be decreed to be the absolute owner in fee simple of the Real Estate and be entitled to the quiet and peaceful possession and enjoyment thereof and that said title be forever quieted in said Plaintiff against all claims of the Defendants.

D.    That if this Court determines that the Defendants retain a lien or interest in the Real Estate by virtue of the notice of federal tax lien, that the court determine the extent of said lien and declare what steps would be necessary to extinguish any such lien or interest.

E.    That the Court enter any other order for such other and further relief as the Court may deed just and equitable in the premises.

_____

Charles P. Augustine, BL000015141

KLATT, AUGUSTINE & RASTEDE, P.C.
Attorneys for the Plaintiff
531 Commercial, Ste 250
P.O. Box 2363
Waterloo, IA 50704-2363
Telephone      (319) 232-3304
Fax            (319) 232-3639

## Proof of Service

STATE OF IOWA      )
                   )
COUNTY OF POLK    )

                                 Case #: EQCE087811

                                 A & E 118 Assets, LLC
                                         vs.
                        The United States of America, et al

I hereby certify and make return, that I received the following **ORIGINAL NOTICE, PETITION TO QUIET TITLE TO THE REAL ESTATE,** hereafter ("Papers")

On 7/8/2022 and that on _7/8/2022   10:30  am_ I served a true copy of the same on: United States of America at _110 E. Court Ave., Ste. 286, Des Moines_ County of, Polk State of Iowa, by delivering a copy, thereof in the following manner.

_____ I served the same on the above person by personal service.

_____ I served the same on the above person at their dwelling house or usual place of abode (which place is not a room house, hotel, or apartment building) by substitute service on the individual named below, which is a person who resides therein and was at least 18 years of age.

_____ I served the same on the above person at their dwelling house or usual place of abode (which place was a room house, hotel, or apartment building) by substitute service on a family member, roommate, manager or proprietor named below, which is a person who was at least 18 years of age.

__X__ I served the above company, corporation, association, government agency, etc. by personal service on the appropriate agent or officer named below.

_____ I attempted service at the date and time above and did not complete service.

MARK FRYE / CIVIL PROCESS CLERK

---

**NAME AND TITLE/RELATIONSHIP OF THE PERSON SERVED (IF NOT SHOWN ABOVE)**

Service Fee: 50.00

                                           By _____

Subscribe and Sworn to before me by the said _Sam Jochum_ this _15th_ day of _July, 2022_



                           Notary Public in the State of Iowa
                           Commission Expires:

> **SHENELLE SEALS**
> Commission Number 766066
> My Commission Expires
> December 30, 2022

**Exhibit A**
**5 of 5**